PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) | DOCKET NUMBER (Rec. Court) |
|---|---|
| 2:01CR00370-001 | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Jacqueline Baez<br>245 Eastwood Avenue<br>Providence, RI 02907 | New Jersey | | |
| | NAME OF SENTENCING JUDGE<br>Honorable Dennis M. Cavanaugh | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>7/2/04 | TO<br>7/1/08 |

OFFENSE

Conspiracy to Import Cocaine, in violation of Title 21 USC Section 963

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF RHODE ISLAND upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1-20-06
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/14/06
*Effective Date*

Ernest C. Torres
*United States District Judge*

(Katrina Jones
20 Washington Pl)

Certified as a true copy on
This Date: 3-9-06
By
( ) Clerk
( ) Deputy

Attest to
True Copy
DAVID A. DIMARZIO
By