6/4/01 11:50 AM

10

dlg/2001R00375

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 01-370 (DMC) |
| v. | : | 21 U.S.C. § 963 |
| JACQUELINE BAEZ | : | I N D I C T M E N T |

FILED
JUN 4 2001
AT 8:30 ........ M
WILLIAM T. WALSH
CLERK

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

In or about March 2001, at Newark International Airport, in the District of New Jersey, and elsewhere, defendant

JACQUELINE BAEZ

did knowingly and intentionally conspire and agree with others to import into the United States from a place outside thereof, namely Jamaica, more than 500 grams of cocaine, a Schedule II narcotic drug controlled substance, contrary to Title 21, United States Code, Section 952(a).

In violation of Title 21, United States Code, Section 963.

A TRUE BILL

Donna M Rochette
FOREPERSON

Robert J. Cleary
ROBERT J. CLEARY
UNITED STATES ATTORNEY

Certified as a true copy on
This Date: 3-8-06
By [signature]
( ) Clerk
( ) Deputy

**CASE NUMBER:** ____________

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**JACQUELINE BAEZ**

# INDICTMENT FOR

**21 U.S.C. § 963**

**A True Bill,**

Donna Rochette

**Foreperson**

**ROBERT J. CLEARY**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

DEBORAH L. GOLDKLANG
*ASSISTANT U.S. ATTORNEY*
*(973) 645-2729*

**USA-48AD 8**
**(Ed. 1/97)**